Print Page | Go Back

## Case Docket Listing

| Case Number: | CV-05-573676 |
|---|---|
| Case Title: | MICHELLE KRANKOWSKI vs. NATIONWIDE CREDIT, INC. |

| Date | Side | Type | Description | Image |
|---|---|---|---|---|
| 10/18/2005 | D1 | SR | CERTIFIED MAIL RECEIPT NO. 7320373 RETURNED BY U.S. MAIL DEPARTMENT 10/18/2005 NATIONWIDE CREDIT INC MAIL RECEIVED AT ADDRESS 10/13/2005 SIGNED BY OTHER. | N/A |
| 10/05/2005 | D1 | SR | SUMS COMPLAINT(7320373) SENT BY CERTIFIED MAIL. TO: NATIONWIDE CREDIT INC 800 WESTPOINT PARKWAY STE 110 WESTLAKE, OH 44145-0000 | N/A |
| 09/30/2005 | D1 | CS | WRIT FEE | N/A |
| 09/29/2005 | N/A | SF | JUDGE SHIRLEY STRICKLAND SAFFOLD ASSIGNED (RANDOM) | N/A |
| 09/29/2005 | P1 | SF | LEGAL RESEARCH | N/A |
| 09/29/2005 | P1 | SF | LEGAL NEWS | N/A |
| 09/29/2005 | P1 | SF | LEGAL AID | N/A |
| 09/29/2005 | P1 | SF | COMPUTER FEE | N/A |
| 09/29/2005 | P1 | SF | CLERK'S FEE | N/A |
| 09/29/2005 | P1 | SF | DEPOSIT AMOUNT PAID MICHELLE KRANKOWSKI | N/A |
| 09/29/2005 | N/A | SF | CASE FILED | N/A |
| 09/29/2005 | P1 | SR | COMPLAINT FILED. SERVICE REQUEST - SUMMONS BY CERTIFIED MAIL TO THE DEFENDANT(S). | N/A |

Print Page | Go Back



EXHIBIT A