## IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| Michelle Krankowski, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: CV 05 573676 |
| v. ) | |
| ) | Judge Shirley Strickland Saffold |
| Nationwide Credit, Inc.. ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING NOTICE OF REMOVAL

TO: Jeffery P. Posner, Esq.
3393 Norwood Road
Shaker Heights, OH 44122-3461

PLEASE TAKE NOTICE that Defendant Nationwide Credit, Inc. is filing a Notice of Removal with the Office of the Clerk in the United States District Court for the Northern District of Ohio, Eastern Division, and, pursuant to 28 U.S.C. § 1446(d), a true and accurate copy of the Notice of Removal is attached hereto as Exhibit A for filing with the Office of the Clerk of the Common Pleas Court of Cuyahoga County, Ohio.

Dated: this 4th of November, 2005.

Respectfully submitted.

VORYS, SATER, SEYMOUR AND PEASE LLP

Robert A. Harris (0059549)
52 East Gay Street
Post Office Box 1008
Columbus, Ohio 43216-1008
Tel: (614) 464-8373
Fax: (614) 719-4751
Email: raharris@vssp.com

**EXHIBIT C**

John Gerak (0075431)
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114-1724
Tel: (216) 479-6190
Fax: (216) 479-6060
Email: jgerak@vssp.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by U.S. Mail, postage prepaid, this 4th day of November 2005, upon the following counsel of record:

Jeffery P. Posner, Esq.
3393 Norwood Road
Shaker Heights, OH 44122-3461

Attorney for Plaintiff

One of the Attorneys for Defendant

-2-